UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOS ALAMOS STUDY GROUP,<br><br>   Plaintiff,<br><br>  v.<br><br>NATIONAL NUCLEAR SECURITY ADMINISTRATION,<br><br>   Defendant. | Civil Action No. 22-0935 (ACR) |

**JOINT MOTION TO AMEND MEET AND CONFER ORDER**

  Plaintiff Los Alamos Study Group ("Plaintiff") and Defendant National Nuclear Security Administration ("Defendant" or "NNSA"), by and through their respective counsels, respectfully request to be relieved from the in-person meet and confer obligation imposed by the Court's April 21, 2023 Minute Order. In support of this request, the parties state as follows:

  1. In its April 21 Order, the Court instructed the parties to "(1) meet and confer in person two times to narrow or eliminate disputes and (2) file a joint status report updating the Court on the meet and confers with a joint proposed briefing schedule."

  2. On May 16, 2023, Plaintiff provided Defendant's counsel with a letter addressing the conferral order and other matters regarding the litigation.

  3. On May 25, 2023, the parties, through their respective counsels, spoke by phone in order to address the meet and confer requirement in the Court's order. The parties discussed ways to minimize or avoid the time and expense of travel for in-person meetings.

4. The parties and their attorneys reside and work in three different states. Plaintiff and Defendant are located in Albuquerque, New Mexico. Plaintiff's attorneys are located in Durango, Colorado, while Defendant's attorney is located in Washington, DC.

5. Counsel for Defendant is an Assistant U.S. Attorney, who will be required to obtain multiple levels of supervisory approval, along with authority to receive federal government funding for travel and related expenses in order to meet and confer with Plaintiffs in any location outside of the region of the District of Columbia, Maryland, and Northern Virginia. Additionally, given the press of other litigation matters, travel outside of the region would pose significant scheduling complications for undersigned government counsel, which will cause further delay of the instant litigation.

6. Similarly, travel required for two in-person conferences would pose significant travel and increased legal expenses to Plaintiff, along with scheduling complications for Plaintiff's counsel, leading to further delay of the instant litigation.

7. Accordingly, to avoid the expense and time required to travel to a single location, the Parties agreed to respectfully ask the Court to amend its meet and confer order to allow the parties to do so by videoconference. A proposed order to this effect is attached to this Motion.

Dated: June 7, 2023

Respectfully submitted,

/s/Travis E. Stills
TRAVIS STILLS,
D.C. Bar # CO0101
Energy & Conservation Law
227 E. 14th St. #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

MAYA KANE # CO00089
Southwest Water and Property Law LLC
10 Town Square, No. 422
Durango, Colorado 81301
(970) 946-5419
mkane@swpropertylaw.com

*Attorneys for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:         /s/ L'Shaunteé J. Robertson
L'SHAUNTEE J. ROBERTSON
DC Bar # 980248
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1729

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LOS ALAMOS STUDY GROUP,

    Plaintiff,

v.

NATIONAL NUCLEAR SECURITY ADMINISTRATION,

    Defendant.

Civil Action No. 22-0935 (ACR)

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Motion to Amend Meet and Confer Order, for good cause shown and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED the Court's April 21, 2023 Minute Order is amended as follows:

The parties shall confer and propose a joint briefing schedule. It is FURTHER ORDERED that prior to either party filing a summary judgment motion, the parties must (1) meet and confer by videoconference two times to narrow or eliminate disputes, and (2) file a joint status report updating the Court on the meet and confers with a joint proposed briefing schedule.

SO ORDERED:

Dated: _____

                                                      ` _____
                                                       ANA C. REYES
                                                       District Judge